UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-15521 JHW

Debtor: Claire P. Higgins

| Check Number | Creditor | Amount |
|---|---|---|
| 1734692 | JPMorgan Chase Bank, N.A. | 1755.83 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 13, 2011